IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| v. | * | |
| EDWARD JOHNSON | * | Criminal Case No. JRR-23-0447 |
| Defendant. | * | |

\* \* \* \* \* \* \* \* \* \*

## **ORDER**

Upon consideration of Edward Johnson's Motion to Seal, and good cause having been shown, it is this __14th__ day of August, 2025, ORDERED that the motion is GRANTED. The Clerk is directed to place Sentencing Memorandum of Edward Johnson and accompanying exhibts under seal.

/S/
The Honorable Julie Rebecca Rubin
United States District Judge